Opinion issued September 27, 2007








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00749-CV






IN RE KIMBERLY PACE DUNN, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Kimberly Pace Dunn, challenges the
trial court's (1) August 20, 2007 "Order Denying Jurisdiction of Suit Affecting Parent-Child Relationship." 

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Justices Nuchia, Jennings, and Keyes.

 

1.